**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| STANFORD P. BRYANT,<br><br>             Plaintiff,<br>vs.<br><br>TIM OCHOA, Warden; et al.<br><br>             Defendants. | CASE NO. 07cv0200 JM(PCL)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE: GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS; GRANTING LEAVE TO AMEND |
|---|---|

On December 20, 2007 Magistrate Judge Peter Lewis entered a Report and Recommendation Re: Granting in Part and Denying in Part of Defendants' Motion to Dismiss ("R & R"). The R & R, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner's claims and recommended, in pertinent part, (1) the granting of the motion to dismiss the monetary claims against defendants Ochoa and Janda in their official capacities; (2) the denial of the motion to dismiss the First Amendment retaliation claims; and (3) the granting of the motion to dismiss the Fourteenth Amendment due process claims. Petitioner has filed objections to the R & R ("Objections"), and Defendants a response to those Objections. Pursuant to Local Rule 7.1(d)(1), this matter is appropriate for decision without oral argument.

In his Objections, Petitioner essentially argues that the defects identified in the R & R have been remedied in the Second Amended Complaint ("SAC") filed on December 31, 2007. The court informs Plaintiff that the Court Docket does not reflect the filing of the SAC. The court adopts the R & R in its entirety for the reasons set forth

1 | by Magistrate Lewis. Plaintiff is granted 25 days leave to amend from the date of entry
2 | of this order to file a new amended complaint.
3 |      **IT IS SO ORDERED.**
4 | DATED: February 29, 2008

                                          Hon. Jeffrey T. Miller
                                          United States District Judge

7 | cc:        All parties