UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYANT,**<br>     Plaintiff,<br>**v.**<br>**OCHOA**, **Warden, et al.,**<br>     Defendants. | CASE NO. 07cv200 JM (PCL)<br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME (Doc. 45.)** |

For good cause shown, Defendants' Motion requesting an extension of time to file a response to Plaintiff's Second Amended Complaint is GRANTED.  (Doc. 45.)  The Court hereby EXTENDS the due date for Defendants' responsive pleading to May 1, 2008.

IT IS SO ORDERED.

DATED: April 1, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc: The Honorable Jeffrey T. Miller
    All parties