UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYANT,**<br>　　　　　　　　　　　　　　Plaintiff,<br>**v.**<br>**OCHOA**, **Warden, et al.,**<br>　　　　　　　　　　　　　　Defendants. | CASE NO. 07cv200 JM (PCL)<br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (Doc. No. 51.)** |

　　　Plaintiff's Motion requesting an extension of time to file a Response to Defendants' Motion to Dismiss is GRANTED. (Doc. No. 51.) The Court hereby EXTENDS the due dates for Plaintiff's Response to **June 19, 2008** and for Defendants' Reply to Plaintiff's Response to the Motion to Dismiss to June 26, 2008.

　　　IT IS SO ORDERED.

DATED: May 27, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　Peter C. Lewis
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

cc: The Honorable Jeffrey T. Miller
　　　All Counsel of Record

1

07cv200 JM