# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT, STANFORD P., <br><br>    Plaintiff, <br>  vs. <br><br> OCHOA, et al., <br><br>    Defendant. | CASE NO. 07CV0200 JM(PLC) <br><br> ORDER DENYING MOTION TO STAY AS MOOT; GRANTING APPLICATION TO WITHDRAW MOTION |

For good cause shown, the court grants Defendant's Ex Parte Application to Withdraw Motion to Stay Proceedings because the Ninth Circuit denied Plaintiff's interlocutory appeal. The Clerk of Court is instructed to deny Defendants's motion to stay (Docket No. 80) as moot, and to grant Defendants' Ex Parte Application to Withdraw Motion to Stay Proceedings. (Docket No. 85).

**IT IS SO ORDERED.**

DATED: March 16, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties