1
2
3
4
5
6
7

8      **UNITED STATES DISTRICT COURT**

9      **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| STANFORD P. BRYANT, | Civil No.   07cv200 JM (PCL) |
| Plaintiff, | **ORDER:** |
| vs. | **GRANTING PLAINTIFF'S MOTION FOR ORDER DIRECTING U.S. MARSHAL TO SERVE SUMMONS AND SECOND AMENDED COMPLAINT AND EXTENSION OF TIME TO DO SO (DOC. 155)** |
| TIM OCHOA, Chief Deputy Warden, et al., | |
| Defendants. | |

11
12
13
14
15
16
17

18         On April 5, 2010, Plaintiff moved this Court for issuance of an Order directing the U.S.

19  Marshal to re-attempt service as to the remaining unserved defendant, Stuart E. Best, and for an

20  extension of time to do so.  (Doc. 155.)

21         Rule 4 of the Federal Rules of Civil Procedure provides that:

22              [i]f service of the summons and complaint is not made upon the
              defendant within 120 days after the filing of the complaint, the
23            court, upon motion or on its own initiative after notice to the
              plaintiff, shall dismiss the action without prejudice as to that
24            defendant or direct that service be effected within a specified
              time; provided that if the plaintiff shows good cause for the
25            failure, the court shall extend time for service for an appropriate
              period.
26
       FED.R.CIV.P. 4(m).
27
            In cases involving a plaintiff proceeding IFP, a United States Marshal, upon order of
28
       the court, shall serve the summons and the complaint.  FED.R.CIV.P. 4(c)(2); 28 U.S.C. §

1    1915(d) (in IFP proceedings, "[t]he officers of the court shall issue and serve all process, and

2    perform all duties in such cases."). "'[A]n incarcerated pro se plaintiff proceeding in forma

3    pauperis is entitled to rely on the U.S. Marshal for service of the summons and complaint.'"

4    Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994) (quoting Puett v. Blandford, 912 F.2d

5    270, 275 (9th Cir. 1990)), abrogated on other grounds by Sandin v. Conner, 515 U.S. 472

6    (1995). In order to allow 28 U.S.C. §§ 1915 and 1915A to operate harmoniously with

7    FED.R.CIV.P. 4(m), where a necessary delay occurs, Rule 4(m)'s 120-day time for service

8    may be suspended for a time by the Court.  See Urrutia v. Harrisburg County Police Dept.,

9    91 F.3d 451, 459-60 (3rd Cir. 1996); see also Shabazz v. Franklin, 380 F. Supp. 2d 793, 799-

10    800 (N.D. Texas 2005); Warren v. Ruffcorn, 2001 WL 34043449 at *4 (D. Oregon 2001)

11    (unpublished).

12       Good cause appearing, Plaintiff's Motion for an Order Directing U.S. Marshal Service

13    as to Plaintiff's Second Amended Complaint is hereby GRANTED.

14                             **Conclusion and Order**

15       Accordingly, the Court hereby **GRANTS** Plaintiff's Motion for Order Directing U.S.

16    Marshal Service as to Plaintiff's Second Amended Complaint on Defendant Best.

17       The Clerk is **ORDERED** to issue the summons as to Defendant Best and to provide

18    Plaintiff with an additional "IFP Package" consisting of:  (1) this Order; (2) the Court's April

19    17, 2007 Order Granting IFP (Doc. No. 5); (3) a certified copy of Plaintiff's Second

20    Amended Complaint (Doc. No. 44); (4) the summons; and (5) a blank USM Form 285 for the

21    purpose of re-attempting service as to Defendant Stuart E. Best.  Plaintiff shall complete the

22    Form 285 and forward it to the U.S. Marshal.  The U.S. Marshal shall serve a copy of the

23    Second Amended Complaint upon Defendant Best as directed by Plaintiff on the U.S.

24    Marshal Form 285.  All costs of service shall be advanced by the United States.  See 28

25    U.S.C. § 1915(d); FED. R. CIV. P. 4(c)(2).  Plaintiff shall serve upon Defendant or, if

26    appearance has been entered by counsel, upon Defendant's counsel, a copy of every further

27    pleading or other document submitted for consideration of the Court.  Plaintiff shall include

28    with the original paper to be filed with the Clerk of the Court a certificate stating the manner

1  in which a true and correct copy of any document was served on Defendant Best, or counsel

2  for Defendant, and the date of service.  Any paper received by the Court which has not been

3  filed with the Clerk or which fails to include a Certificate of Service will be disregarded.

4      **IT IS SO ORDERED.**

5  DATED: May 03, 2010

6

7                                                    Peter C. Lewis

8                                                    U.S. Magistrate Judge
                                                     United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

cc: District Judge Miller; all parties              3                              07cv200