# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| STANFORD P. BRYANT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TIM OCHOA, Warden; et al.<br><br>　　　　Defendants. | CASE NO. 07cv0200 JM(PCL)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE: GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
|---|---|

On November 19, 2010, Magistrate Judge Peter Lewis entered a Report and Recommendation Re: Granting Defendants' motion for summary judgment. ("R & R"). The R & R, expressly incorporated herein, thoroughly and thoughtfully analyzed Plaintiff's claims, the evidentiary record, and recommended that Defendants' motion for summary judgment be granted in its entirety. Plaintiff has not filed Objections to the R & R. Pursuant to Local Rule 7.1(d)(1), this matter is appropriate for decision without oral argument.

Having carefully considered the R & R, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety. The Clerk of Court is instructed to enter judgment in favor of Defendants, and against Plaintiff, and to close the file.

**IT IS SO ORDERED.**

DATED: December 17, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties