AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

STANFORD P. BRYANT

### V.

TIM OCHOA, Warden; et al.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   07cv200-JM(PCL)

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court adopts the Report and Recommendation in its entirety. The Clerk of Court is instructed to enter judgment in favor of Defendants, and against Plaintiff.....................................................................
.............................................................................................................................................................

| December 17, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee

(By) Deputy Clerk

ENTERED ON December 17, 2010

07cv200-JM(PCL)