```
                                                    FILED
                                                  FEB  1 2011
                                            CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA
                                          BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| STANFORD P. BRYANT | CASE NO. 07cv0200 JM(PCL) |
|---|---|
| Plaintiff, | ORDER DENYING MOTION TO ALTER OR AMEND THE JUDGMENT |
| vs. | |
| TIM OCHOA, Warden; et al. | |
| Defendants. | |

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law. There may also be other, highly unusual, circumstances warranting reconsideration." School Dist. No. 1J v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993) (citations omitted), cert. denied, 114 S. Ct. 2742 (1994). Here, Plaintiff fails to identify any newly discovered evidence, clear error, or intervening change in controlling law. Consequently, the motion for reconsideration, brought pursuant to Federal Rule of Civil Procedure 59, is denied

**IT IS SO ORDERED.**

DATED: _____Jan 18_____, 2011

_____
JEFFREY T. MILLER
United States District Judge

cc:   All parties